Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR08-226MJP |
| Plaintiff, | ) | |
| vs. | ) | ORDER FILING DOCUMENT UNDER SEAL |
| MEAGAN YARBOROUGH-GENNISS, | ) | |
| Defendant. | ) | |

Based upon the defendant Meagan Yarborough-Genniss' Motion to File Document Under Seal, and upon all of the papers and proceedings previously filed herein, the Court hereby finds that in the interests of justice, the parties' **Stipulated Motion to Continue Sentencing Hearing as to Meagan Yarborough Genniss and Supporting Declaration of Counsel**, shall be filed under seal.

SO ORDERED.

DATED this 27th day of March, 2009.

_____
Marsha J. Pechman
United States District Judge

Presented by:
s/ Anna M. Tolin
Attorney for Meagan Yarborough-Genniss

ORDER FILING DOCUMENT UNDER SEAL
Page 1 of 1
CR08-226MJP (Yarborough-Genniss)

TOLIN & VICTORIA, LLP
601 Union Street, Suite 4200
Seattle, WA 98101
(206) 812-5850