Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR08-226MJP |
| Plaintiff, | ) | |
| vs. | ) | ORDER FILING DOCUMENT UNDER SEAL |
| MEAGAN YARBOROUGH-GENNISS, | ) | |
| Defendant. | ) | |

Based upon the defendant Meagan Yarborough-Genniss' Motion to File Document Under Seal, and upon all of the papers and proceedings previously filed herein, the Court hereby finds that in the interests of justice, the **Supplemental Declaration of Counsel in Support of Motion to Continue Sentencing Hearing as to Meagan Yarborough Genniss**, shall be filed under seal.

SO ORDERED.

DATED this 27th day of March, 2009.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER FILING DOCUMENT UNDER SEAL
Page 1 of 2
CR08-226MJP (Yarborough-Genniss)

TOLIN & VICTORIA, LLP
601 Union Street, Suite 4200
Seattle, WA 98101
(206) 812-5850

Presented by:

*s/ Anna M. Tolin*
Anna M. Tolin
Attorney for Meagan Yarborough-Genniss

ORDER FILING DOCUMENT UNDER SEAL
Page 2 of 2
CR08-226MJP (Yarborough-Genniss)

TOLIN & VICTORIA, LLP
601 Union Street, Suite 4200
Seattle, WA 98101
(206) 812-5850